[No. 8339–6–II.   Division Two.   December 8, 1986.]

BARBARA KILGORE, *as Guardian ad Litem, Appellant,*
v. ARMSTRONG CONSTRUCTION COMPANY, INC.,
*Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83–2–03211–9, E. Albert Morrison, J., entered November 21, 1984. *Affirmed* by unpublished opinion per Hamilton, J. Pro Tem., concurred in by Morgan and Pearson, JJ. Pro Tem.

[No. 7790–6–II.   Division Two.   December 10, 1986.]

ELLERY CHOKE, *Respondent,* v. RUSTY WITTWER,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 73119, John H. Kirkwood, J., entered April 30, 1984. *Affirmed as modified* by unpublished opinion per Worswick, C.J., concurred in by Reed and Alexander, JJ.